UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
ROSALIND BELLIN, on behalf of herself and all
others similarly situated,

                                   Plaintiff,

   -against-

HOWARD A. ZUCKER, M.D., J.D., in his official
capacity as Commissioner, New State Department
of Health, and ELDERSERVE HEALTH, INC.
d.b.a. RIVERSPRING AT HOME.,

                                  Defendants.
------------------------------------------------------------- X

**ORDER**

19 Civ. 5694 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       I held oral argument on Defendants' motions to dismiss on March 4, 2020. By March 13, 2020, each party may submit a letter of five pages or less addressing any issues raised at oral argument that were not covered in the parties' prior briefing.

       SO ORDERED.

Dated:     New York, New York
              March 5, 2020

                                              ALVIN K. HELLERSTEIN
                                              United States District Judge