UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROSALIND BELLIN, on behalf of herself and all others similarly situated,

                Plaintiff,

-against-                      19 **CIVIL** 5694 (AKH)

## JUDGMENT

HOWARD A. ZUCKER, M.D., J.D., in his official capacity as Commissioner, New State Department of Health, and ELDERSERVE HEALTH, INC. d.b.a. RIVERSPRING AT HOME.,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 30, 2020, Defendants' motions to dismiss are denied insofar as they assert lack of subject matter jurisdiction; Plaintiff has standing to sue under the inherently transitory exception to the mootness doctrine; Plaintiff does not have a statutory right to the type if appeal she seeks and does not have a constitutional protected property interest in greater personal care services; this, the complaint is dismissed in full, and judgment is entered for Defendants, and the case is closed.

**Dated:**  New York, New York

      April 30, 2020

                                        **RUBY J. KRAJICK**
                                        _____
                                              Clerk of Court
                            **BY:**
                                                Deputy Clerk