UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
ROSALIND BELLIN, on behalf of herself and all : 
others similarly situated, : **ORDER REGULATING**
: **PROCEEDINGS**
Plaintiff, :
-against- : 19 Civ. 5694 (AKH)
:
HOWARD A. ZUCKER, M.D., J.D., in his official :
capacity as Commissioner, New State Department :
of Health, and ELDERSERVE HEALTH, INC. :
d.b.a. RIVERSPRING AT HOME. :
:
Defendants. :
:
:
-------------------------------------------------------------- X
ALVIN K. HELLERSTEIN, U.S.D.J.:

The parties are hereby ordered to appear for a status conference on September 3, 2021 at 10:30 am, which will be held via the following call-in number:

Call-in number: 888-363-4749
Access code: 7518680

To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. All participants are directed to call in **5 minutes** prior to the start of the conference. Additionally, no later than August 27, 2021, at 12:00 p.m., the parties shall jointly submit to the court (via the email address [HellersteinNYSDChambers@nysd.uscourts.gov](mailto:HellersteinNYSDChambers@nysd.uscourts.gov)) a list of all counsel expected to appear on the record, along with their contact information.

Finally, by August 30, 2021, the parties shall submit to the Court, preferably jointly, their positions regarding the issues on remand, namely, the limits on MLTCs' discretion in making initial determinations of personal care hours, as well as whether the current system adequately protects any property interest beneficiaries may have in those care hours. *See* ECF 67.

SO ORDERED.

Dated: August 20, 2021          /s/ Alvin K. Hellerstein
       New York, New York          ALVIN K. HELLERSTEIN
                                    United States District Judge