UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROSALIND BELLIN, on her own behalf and all others similarly situated,

Plaintiffs,

v.

HOWARD A. ZUCKER, M.D., J.D., in his official capacity as Commissioner, New York State Department of Health, and ELDERSERVE HEALTH, INC. d.b.a RIVERSPRING AT HOME,

Defendants.

Civil Action No. 19-cv-05694 (AKH)

---

## ~~PROPOSED~~ ORDER GRANTING RIVERSPRING'S APPLICATION FOR LEAVE TO FILE UNDER SEAL

On February 10, 2023, Defendant ElderServe Health, Inc. d.b.a. RiverSpring At Home ("RiverSpring"), by and through its counsel, applied to this Court for an order granting leave to file under seal Exhibits F, I, K, N, and O to the Declaration of Sarah Gilbert in Support of its Motion for Summary Judgment, dated February 10 2023. Compelling reasons exist to file these documents under seal as they contain confidential and proprietary information of RiverSpring, Plaintiff Rosalind Bellin, and/or Defendant Mary T. Bassett, in her official capacity as Commissioner of the New York State Department of Health that would not normally be disclosed to the public in any manner in the ordinary course of business. Having considered the application and all related papers and being fully advised of the matter, **IT IS HEREBY ORDERED** that RiverSpring's Application for Leave to File Under Seal is **GRANTED**.

Dated: 2-14-23

_____
United States District Judge