**NINA KEILIN**
**Attorney at Law**
225 Broadway #2100
New York, New York 10007
Phone: 212-302-7760
Fax: 929-214-4174 e-mail:
Nina@ninakeilinlaw.com
Ninakeilin@aol.com

April 7, 2023

SO ORDERED.

**BY ECF AND FAX 212-805-7942 AND**

/s/ Alvin Hellerstein

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007

U.S.D.J.
April 18, 2023

Re:  *Bellin v. Zucker*, 19 CV 5694 (AKH)

Dear Judge Hellerstein:

    I, along with Aytan Bellin, represent the Plaintiff and the putative Plaintiff class in this matter.  I write to reiterate a request to file under seal that we made on April 10, 2023, regarding an earlier stage of this motion. The two exhibits are documents provided by the defendants that were deemed confidential under the parties' agreement so-ordered by the Court.  The defendants want to file these documents under seal.  Plaintiff does not object, and plaintiff is filing the documents under seal to respect the confidentiality.  We are not making a separate motion to file under seal.

                                        Respectfully,

                                        s/Nina Keilin
                                        Nina Keilin, Esq.
                                        Co-counsel for Plaintiff

cc:
Aytan Y. Bellin, Esq. (by ECF)
Celina Rogers, Esq. (by ECF)
Mara Lieber, Esq. (by ECF)
Michelle Chipetine, Esq. (by ECF)
Sarah Gilbert, Esq. (by ECF)