# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

ROSALIND BELLIN,

                Plaintiff,

-against-                          19 **CIVIL** 5694 (AKH)

## JUDGMENT

HOWARD ZUCKER, M.D., J.D. in his official capacity as Commissioner, New York State Department of Health and ELDERSERVE HEALTH, INC., d.b.a. RIVERSPRING AT HOME,

                Defendants.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 1, 2024, Defendants' motions for summary judgment are granted and plaintiff's is denied. Judgment is entered dismissing the complaint.

**Dated:** New York, New York

      February 1, 2024

                                              **RUBY J. KRAJICK**

                                                  **Clerk of Court**

                  **BY:**            *K. Mango*

                                                    **Deputy Clerk**